IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00473-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CESAR HUMBERTO CANIZALEZ-LOBO,

    Defendant.

## ORDER

This matter is before the Court on the United States' Motion to Dismiss Count Two of the Indictment [Docket No. 39]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Count Two of the Indictment [Docket No. 39] is granted. Count Two of the Indictment dismissed with prejudice.

DATED June 5, 2015.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge